UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Industrial Tower and
Wireless, LLC</u>

       v.                      Civil No. 08-cv-00122-JL

<u>Town of Epping</u>

### O R D E R

The Preliminary Pretrial Conference was held in chambers on **June 17, 2008.**

The defendant will amend ¶ 15 of its Answer to clearly indicate its position. A motion for leave is not required; a single-page pleading will suffice. Based on the parties discussion during the conference, ¶ 10 of the Complaint is now **admitted** by the defendant.

    **SO ORDERED.**

                                              _/s/ Joseph N. Laplante_
                                              Joseph N. Laplante
                                              United States District Judge

Dated:  June 17, 2008

cc:  Lawrence M. Edelman, Esq.
     Robert M. Derosier, Esq.
     John T. Ratigan, Esq.